IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-03390-MSK-KMT

CYNTHIA FELKINS,

    Plaintiff,

v.

CITY OF LAKEWOOD,

    Defendant.

---

# FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 13, 2013 **(Doc. #53)**, Granting Defendant's Motion for Summary Judgment (**Doc. #49**), it is

ORDERED that judgment is hereby entered in favor of the defendant City of Lakewood and against plaintiff Cynthia Felkins on all claims and this cases is closed.  It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 16th day September, 2013.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler, Deputy Clerk